In the Matter of the Arbitration between BARBARA KOWALESKI, Appellant, and NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, Respondent.

Decided December 17, 2009

Reported below, 61 AD3d 1081.

Appeal, insofar as taken from that part of the Appellate Division order that affirmed that portion of Supreme Court's judgment that denied appellant's motion to amend the petition, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; appeal, insofar as taken from the remainder of the Appellate Division order, retained.